[No. 43816-6-I. Division One. July 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TRENT A. STACH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00869-1, Jay V. White, J., entered June 1, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43062-9-I. Division One. July 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDRICK L. CHRISTOPHE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-10063-8, Richard M. Ishikawa, J., entered July 15, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 41234-5-I. Division One. July 24, 2000.]

DONALD CALVIN, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-2-00266-1, Vickie Inman Churchill, J., entered April 25, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 44164-7-I. Division One. July 24, 2000.]

TIBOR MUCSI, ET AL., *Appellants*, v. GRAOCH ASSOCIATES LIMITED PARTNERSHIP NO. 12, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-2-04471-3, Richard J. Thorpe, J., entered February 5, 1999. *Affirmed* by unpublished per curiam opinion.